UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>VERONICA L. ALEXANDER, d/b/a<br>SALOON & OYSTER BAR,<br><br>    Defendant. | CASE NO. 4:11-CV-131-CDL |

ORDER GRANTING DEFAULT JUDGMENT

After Defendant failed to file an answer to Plaintiff's complaint as required by law, the Clerk made an entry of default in favor of Plaintiff on October 17, 2011 against Defendant Veronica L. Alexander. Plaintiff subsequently filed the pending motion for default judgment. Having reviewed Plaintiff's motion and the accompanying supporting evidence, the Court grants the motion and finds that Plaintiff is entitled to recover damages as follows:

    a. Statutory damages (pursuant to 47 U.S.C. § 605 (e)(3)(C)(i)(II)) in the amount of $2,500.00 for the unlawful exhibition of Plaintiff's Program; and

    b. Enhanced damages (pursuant to 47 U.S.C. § 605 (e)(3)(C)(ii)) in the amount of $5,000.00 for the willful violation.

Plaintiff shall therefore recover damages in the amount of $7,500.00 from Defendant.  Plaintiff shall also recover its expenses of litigation, including costs and attorney's fees, and shall file an application for attorney's fees showing its total claimed fees and expenses within fourteen days of today's Order.

The Clerk is ordered to enter judgment accordingly.

IT IS SO ORDERED, this 21st day of November, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE