UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**VERONICA L. ALEXANDER D/B/A SALOON & OYSTER BAR,**<br><br>**Defendant.** | Case No. 4:11-cv-131-CDL |

### ORDER GRANTING PLAINTIFF'S MOTION TO REVIVE DORMANT JUDGMENTAGAINST DEFENDANT VERONICA L. ALEXANDER

The Court having reviewed and considered Plaintiff Joe Hand Promotions, Inc.'s Motion and Memorandum of Law in support thereof,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion be granted and the judgments against Veronica L. Alexander be revived and enforceable.

**IT IS SO ORDERED**:

This the 8th day of December, 2020.

S/Clay D. Land
The Honorable Clay D. Land United States District Court Middle District of Georgia